THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMAR SCOTT, Appellant. [913 NYS2d 118]—Appeal from a judg-

ment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered May 14, 2009. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Lindley and Sconiers, JJ.